No. 10–83. PEEL v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 10–99. RIVERA AGREDANO ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

██

No. 10–236. REVELL v. PORT AUTHORITY OF NEW YORK AND NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied. ██

No. 10–275. FISHER v. SOUTHWESTERN BELL TELEPHONE CO. C. A. 10th Cir. Certiorari denied. 

No. 10–327. CAPENER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 10–328. EL-SHIFA PHARMACEUTICAL INDUSTRIES CO. ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 10–341. PRECISION PINE & TIMBER, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 10–355. PELLA CORP. ET AL. v. SALTZMAN ET AL. C. A. 7th Cir. Certiorari denied. 

No. 10–366. GRAHAM v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 10–385. JACKSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 10–481. FORD MOTOR CREDIT CO. v. MICHIGAN DEPARTMENT OF TREASURY ET AL. Ct. App. Mich. Certiorari denied.

No. 10–494. LITTEN ET AL. v. GRENADA COUNTY, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 10–511. JACKSON ET AL. v. DISTRICT OF COLUMBIA BOARD OF ELECTIONS AND ETHICS ET AL. Ct. App. D. C. Certiorari denied.